1  Alan E. Ferguson
   CA Bar No. 103677
2  Attorney at Law
   3200 4th Ave., Ste. 207
3  San Diego, CA 92103-5716
   Tel.: 619-299-4999
4

5  Attorney for the Material Witness

6

7                      UNITED STATES DISTRICT COURT

8                     SOUTHERN DISTRICT OF CALIFORNIA

9                        (Honorable Ruben B. Books)

10 UNITED STATES OF AMERICA,        )    Magistrate Case No. 07mj0675
                                    )    Criminal Case No. 07cr0903-H
11               Plaintiff,         )
         v.                         )    ORDER TO EXONERATE THE
12                                  )    APPEARANCE BOND FOR THE
                                    )    MATERIAL WITNESS AND
13 LUIS ZAMORA-SILVA,               )    DISBURSE REGISTRY FUNDS
                                    )
14 _____Defendant._____)

15                              **ORDER**

16       IT IS HEREBY ORDERED that the personal surety bond which secured the presence of

17 material witness, Johana Hernandez-Cortez [A94-946-369], is exonerated.

18

19       IT IS FURTHER ORDERED that the Clerk of Court shall release and disburse the $500.00

20 held in the Registry of the Court to the Surety. The current address of the surety is noted below:

21                     Floriano Cruz Mayo
                       13681 Harper Street
22                     Westminster, CA 92683
                       S.S.# XXX-XX-0145
23

24

25 DATED: May 8, 2007

26                                    The  Honorable Ruben B. Brooks
                                      United States Magistrate Judge
27

28