1
2
3
4
5
6
7

FILED
JUL 3 0 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8            UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10              (HONORABLE GORDON THOMPSON JR.)

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, ) | CASE NO. 07CR0903-GT |
| 12            Plaintiff, ) | |
| 13  v. ) | PROPOSED ORDER TO CONTINUE SENTENCING HEARING |
| 14  LUIS ZAMORA-SILVA, ) | |
| 15            Defendant. ) | |
| 16  _____ ) | |

17       **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-mentioned case for
18  Mr. Zamora, should be continued from August 7, 2007, at 9:00 a.m. until September 19, 2007 at 9:00 a.m.
19       **SO ORDERED.**
20
21  Dated: 7/30/07
22                                              **HONORABLE GORDON THOMPSON JR.**
                                                United States District Judge
23
24
25
26
27
28